ACCEPTED
01-15-00829-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 3:02:00 PM
CHRISTOPHER PRINE
CLERK

**13-DCV-209467**

| | | |
|---|---|---|
| | § | |
| **DANIEL A. HAILE** | § | **IN THE DISTRICT COURT** |
| **Plaintiff** | § | |
| | § | |
| **WONGLEWIT K. ALEMU** | § | |
| **Intervenor** | § | **400 JUDICIAL DISTRICT** |
| | § | |
| **Vs.** | § | |
| | § | |
| | § | |
| **TAMUNO IFIESIMAMA AND** | § | |
| **TAMUNNOIBUOMI IFIESIMAMA** | § | **FORTBEND COUNTY, TEXAS** |
| **Defendants** | § | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 3:02:00 PM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANTS AND COUNTER PLAINTIFFS' NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now come **TAMUNO IFIESIMAMA and TAMUNNOIBUOMI IFIESIMAMA**, Defendants and Counter Plaintiffs in the above-styled and numbered cause, by and through undersigned counsel respectfully file this Notice of Appeal from the Judgement in this case.

Respectfully submitted,

AMEN LAW FIRM
9525 Bissonnet Street,
Suite 280
Houston, TX 77036

/s/ Amen Omo. Obas

Amen Omo. Obas, Esq.
State Bar No. 24034605
**ATTORNEY FOR DEFENDANTS and COUNTER PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Documents, Notice of Appeal has been forwarded by:

___U.S. Mail, Certified, Return Receipt Requested:

_____U.S. Mail, First Class

__×__ Hand Delivery

_×___Telecopy

On this the 28th day of September 2015, to:

Derek H. Deyon, Esq.
2211 Norfolk, Suite 600
Houston, TX 77098
Tel: (713) 481-7420
Fax: (713) 714-8670
Attorney for the Plaintiff, Intervenor and Counter Defendants

**/s/ Amen Omo. Obas**
Amen Omo. Obas, Esq.